3:22-CV138

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CATHY BENNETT, SYLVIA HANNAH | § | |
| DAVIS, and BRITTNEY KEESHA DAVIS | § | |
| INDIVIDUALLY and as Next Friend of | § | |
| B.D. and G.L., Jr. | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| XTRA, LLC, EURO LINE | § | |
| TRANSPORTATION, INC. and OLEG | § | |
| FALIY | § | |
| *Defendants*. | § | |

## DEFENDANTS EURO LINE TRANSPORTATION, INC. AND OLEG FALIY'S NOTICE OF REMOVAL

To the Honorable Court:

Come now Defendants, **EURO LINE TRANSPORTATION, INC.** and **OLEG FALIY**

(hereinafter "Defendants") and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, file this Notice of

Removal to the United States District Court for the Western District of Texas, El Paso Division

and respectfully show the Court the following:

### PROCEDURAL BACKGROUND

1.      On March 25, 2022, Plaintiffs filed their Original Petition styled *Cathy Bennett,*

*Sylvia Hannah Davis, and Brittney Keesha Davis, Individually and as Next Friend of B.D. and*

*G.L., Jr. v. Xtra, LLC, Euro Line Transportation (sic), Inc. and Oleg Faliy* in the 327th Judicial

District Court in El Paso County, Texas, originally pending as Cause No. 2022DCV0922.

2.      Plaintiff served Defendant Oleg Faliy on April 2, 2022. *See* Return of Service,

Exhibit 1.

3.     Defendant Euro Line Transportation, Inc. has not been served with process for this lawsuit. *See* Court Docket, Exhibit 2.

4.     Defendant Xtra has not been served with process for this lawsuit. *See* Court Docket, Exhibit 2.

5.     Plaintiffs allege that the accident at issue occurred as a direct and proximate result of Defendants' negligence, including negligent hiring, training, and supervision and negligent entrustment resulting in personal injuries. Plaintiffs also allege joint enterprise and respondeat superior liability.

6.     Removal was filed within 30 days of receipt by Defendant Faliy of a copy of the initial pleading by setting forth the claim for relief upon which such action or proceeding is based and is therefore timely filed under 28 U.S.C. § 1446(b). *See Murphy Bros. v. Michetti Pipe Stringing Inc.*, 526 U.S. 344, 347-48 (1999) (notice of removal is timely under 28 U.S.C § 1446(b) if filed within 30 days after service of the complaint). Defendant Euro Line has not received service of process, which likewise makes this removal timely.

7.     This United States District Court for the Western District of Texas, El Paso Division, is the district and division embracing the place where such action is pending. *See* 28 U.S.C. § 103(4).

8.     Defendants Euro Line and Faliy consent to this removal to the United States District Court for the Western District of Texas, El Paso Division. Since Defendant Xtra has not been served or appeared in the underlying lawsuit its consent is not required for removal.

9.     Defendants will give written notice of the filing of this Notice of Removal to all parties of record and to the Clerk of the District Court in El Paso County, Texas.

10.     Pursuant to 28 U.S.C. § 1446, true and correct copies of the documents filed in the state court action are attached to this Notice of Removal and are incorporated herein by reference. (Exhibits 3-5).

11.     Defendants expressly reserve the right to raise all defenses and objections to Plaintiff's claims or to otherwise plead after the action is removed to this Honorable Court.

## REMOVAL BASED ON DIVERSITY JURISDICTION

12.     This Court has jurisdiction based on 28 U.S.C. §1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States."

13.     The court must evaluate the removing party's right to remove "according to the plaintiffs' pleading at the time of the petition for removal." *Pullman Co. v. Jenkins*, 305 U.S. 534, 537 (1939); *see also Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 883 (5th Cir. 2000) ("The jurisdictional facts that support removal must be judged at the time of removal."); *Martinez v. Pfizer Inc.*, 388 F.Supp.3d 748, 761 (W.D. Tex. 2019) ("because jurisdiction is fixed at the time of removal, the jurisdictional facts supporting removal are examined as of the time of removal").

**Amount in Controversy is Met.**

14.     Plaintiffs have stated they seek monetary relief in excess of $1,000,000.00, which satisfies the minimum monetary jurisdictional limit for removal to Federal Court.  *See* Plaintiff's Original Petition at 9.3.

**Complete Diversity Exists Among Parties.**

15.     This Court has subject matter jurisdiction over this action because Plaintiff's citizenship is diverse from the citizenship of all Defendants, thereby satisfying the requirements of 28 U.S.C. § 1332.

12.     Plaintiffs are residents of Nueces County, Texas.  *See* Plaintiffs' Original Petition at 3.1-3.3

13.     Defendant, Euro Line Transportation, Inc., is a foreign company incorporated under the laws of the State of North Carolina and has its principal place of business in Asheville, North Carolina.  Thus, Euro Line Transportation, Inc. is a citizen of the state of North Carolina.

14.     Defendant, Oleg Faliy, resides in Charlotte, North Carolina.  Thus, he is a citizen of North Carolina.

15.     Defendant, Xtra, LLC is a Maine limited liability company.  The sole member of Xtra LLC is Xtra Companies, Inc.  XTRA Companies, Inc. is a Delaware corporation with its principal place of business in Missouri.  Xtra, LLC is a citizen of Delaware and Missouri.

15.     Because there exists complete diversity of citizenship and an amount in controversy in excess of $75,000, exclusive of interests and costs, this Court has original jurisdiction over this action.  *See* 28 U.S.C. § 1332(a).  As a result, this action is removable pursuant to 28 U.S.C. § 1441(a).

### JURY DEMAND

16.     Defendants Euro Line and Faliy demand a jury on all triable issues pursuant to Federal Rules of Civil Procedure 38 and 81(c).

**WHEREFORE,** Defendants, **EURO LINE TRANSPORTATION, INC.** and **OLEG FALIY**, pray that this Court accept their Notice of Removal for filing in accordance with the

provisions of 28 U.S.C. § 1441, *et. seq.*, and grant all other relief to which they may be justly entitled.

Respectfully submitted,

**RAY | PEÑA | McCHRISTIAN, P.C.**
A Professional Corporation
5822 Cromo Drive
El Paso, Texas 79912
(915) 832-7200
(915) 832-7333 Fax

Date: April 22, 2022. By: */s/ Daniel H. Hernandez*
**DANIEL H. HERNANDEZ**
State Bar No. 09515685
dhernandez@raylaw.com
**Attorney for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated above, I served the foregoing on the following counsel of record.

*Attorney for Plaintiff:*
Cary M. Toland
HERRMAN & HERRMAN, PLLC
The Herrman Building
1201 Third Street
Corpus Christi, Texas 78404
(361) 882-4357 (Office)
(361) 883-7957 (Fax)
ctoland@herrmanandherrman.com
***Via Eservice &/or Email***

*/s/ Daniel Hernandez*
Daniel H. Hernandez