UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CATHY BENNETT; SYLVIA HANNAH DAVIS; and BRITTNEY KEESHA DAVIS, individually and ANF of B.D. and G.L., Jr., <br><br>Plaintiffs, <br><br>v. <br><br>EURO LINE TRANSPORTATION, INC.; and OLEG FALIY, <br><br>Defendants. | § § § § § § § § § § § § § § § § | EP-22-CV-00138-FM |

## FINAL JUDGMENT

In April 2023, Plaintiffs settled with Defendants.[1] Subsequently, a court-appointed guardian ad litem reported the settlement to be in the best interests of minors B.D. and G.L., Jr.[2] Accordingly, the court ordered the minors' settlement funds be invested in the registry of the court.[3] The court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this ___ day of **August 2023.**

FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff's [sic] Advisory to the Court Reguarding [sic] Settlement and Dismissal Documents" 1, ECF No. 58, filed Apr. 11, 2023.

[2] "Amended Guardian ad Litem Report" 3, ECF No. 64, filed June 15, 2023.

[3] "Order to Invest B.D.'s $18,424.87 Net Settlement Proceeds and G.L., Jr's $19,237.24 Net Settlement Proceeds from the Friendly Suit in an Interest-Bearing Account in the Registry of the Court" 1–2, ECF No. 67, filed July 11, 2023.

1